460 A.2d 846

Holub v. Holub, Appellant.
Petition for Allowance of Appeal
Denied Sept. 13, 1983.

596

Before SPAETH, BROSKY and JOHNSON, JJ.

The orders of the court are affirmed.